IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 3:14-mj-00127-DSC-1 |
| v. ) | |
| ) | **ORDER FOR DISMISSAL** |
| LUIS ALBERTO ORDONEZ-VEGA ) | |
| _____ ) | |

Leave of Court is hereby granted for the dismissal of the Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

**SO ORDERED**.

Signed: March 4, 2015

David S. Cayer
United States Magistrate Judge